Robert B. Pringle, CA State Bar No. 051365
Paul R. Griffin, CA State Bar No. 083541
Jonathan E. Swartz, CA State Bar No. 203624
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel:   415.371.1200
Fax:  415.371.1211

Attorneys for Defendant
NEC ELECTRONICS AMERICA, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAPLEX, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE SEMICONDUCTOR CORPORATION; CYPRESS SEMICONDUCTOR CORPORATION; ETRON TECHNOLOGY, INC.; ETRON TECHNOLOGY AMERICA, INC.; HITACHI, LTD.; HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; MICRON TECHNOLOGY, INC.; NEC ELECTRONICS CORPORATION; NEC ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS COMPANY, LTD.; SAMSUNG ELECTRONICS AMERICA; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS; WINBOND ELECTRONICS CORPORATION; WINBOND ELECTRONICS CORPORATION AMERICA,<br><br>Defendants. | Case No. C-06-6491 JCS<br><br>**STIPULATION RE RESPONSE TO COMPLAINT** |

WHEREAS Plaintiff filed a Complaint in the above-captioned case on or about October 17, 2006;

1  WHEREAS Plaintiff alleges price fixing by manufacturers of Static Random Access
2  Memory ("SRAM");
3  WHEREAS more than thirty complaints have been filed to date in federal district courts
4  throughout the United States by plaintiffs bringing class actions on behalf of either direct or
5  indirect purchasers alleging price fixing by manufacturers of SRAM (collectively, "the SRAM
6  Cases");
7  WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation
8  to transfer the SRAM cases to the Northern District of California for coordinated or consolidated
9  pretrial proceedings pursuant to 28 U.S.C. § 1407;
10  WHEREAS the parties anticipate the possibility of Consolidated Amended Complaints in
11  the SRAM Cases;
12  WHEREAS the parties have agreed that an orderly schedule for any response to the
13  pleadings in the SRAM Cases would be more efficient for the parties and for the Court;
14  WHEREAS Plaintiff agrees that the deadline for NEC Electronics America, Inc. ("NEC
15  America") to respond to the Complaint shall be extended until the earlier of the following two
16  dates: (1) thirty days after the filing of a Consolidated Amended Complaint in the SRAM Cases;
17  or (2) thirty days after Plaintiff provides written notice to NEC America that it does not intend to
18  file a Consolidated Amended Complaint, provided that such notice may be given only at or after
19  the initial case management conference in the MDL transferee court in this case;
20  WHEREAS Plaintiff further agrees that this extension is available, without further
21  stipulation with counsel for Plaintiff, to all named Defendants who notify Plaintiff in writing of
22  their intention to join this extension;
23  WHEREAS Plaintiff and NEC America (and any other named Defendants who provide
24  notice of their intention to join this extension pursuant to the preceding paragraph) agree that each
25  such defense counsel shall accept service on behalf of the Defendant that provided notice of its
26  intention to join this extension of all complaints in the above-captioned matter, including any
27  amended or consolidated complaints, and further, that such Defendant shall not contest the
28  sufficiency of process or service of process. This Stipulation does not constitute a waiver of any

1  other defense, including but not limited to, the defense of lack of personal or subject matter
2  jurisdiction or improper venue.
3      WHEREAS Plaintiff and NEC America agree that notwithstanding the above paragraphs,
4  should any Defendant to whom this extension applies respond to any complaint in another SRAM
5  case filed in another United States District Court prior to the date contemplated by this Stipulation,
6  except pursuant to Court Order, then such defendant shall make a simultaneous response to the
7  complaint in the above-captioned matter.
8      PLAINTIFF AND NEC AMERICA, BY AND THROUGH THEIR RESPECTIVE
9  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:
10      1.    The deadline for NEC America to respond to the Complaint shall be extended until
11  the earlier of the following two dates: (1) thirty days after the filing of a Consolidated Amended
12  Complaint in the SRAM Cases; or (2) thirty days after Plaintiff provides written notice to NEC
13  America that it does not intend to file a Consolidated Amended Complaint, provided that such
14  notice may be given only at or after the initial case management conference in the MDL transferee
15  court in this case.
16      2.    This extension is available, without further stipulation with counsel for plaintiff, to
17  all named Defendants who notify Plaintiff in writing of their intention to join this extension.
18      3.    NEC America (and any other named Defendants who provide notice of their
19  intention to join this extension pursuant to the preceding paragraph) agree that each such defense
20  counsel shall accept service on behalf of the Defendant that provided notice of its intention to join
21  this extension of all complaints in the above-captioned matter, including any amended or
22  consolidated complaints, and further, that such Defendant shall not contest the sufficiency of
23  process or service of process. This Stipulation does not constitute a waiver of any other defense,
24  including but not limited to, the defense of lack of personal or subject matter jurisdiction or
25  improper venue.
26      4.    Plaintiff and NEC America agree that notwithstanding the above paragraphs,
27  should any Defendant to whom this extension applies, except pursuant to Court Order, respond to
28  any complaint in another SRAM case filed in another United States District Court prior to the date

contemplated by this Stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

IT IS SO STIPULATED.

Dated: November 20, 2006

THELEN REID & PRIEST LLP

By _____
Paul R. Griffin

Attorneys for Defendant
NEC ELECTRONICS AMERICA, INC.

Dated: November 17, 2006

PEARSON, SOTER, WARSHAW & PENNY, LLP

By _____
Daniel L. Warshaw

Attorneys for Plaintiff DATAPLEX, INC.

Dated: November 21, 2006

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA