IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAPLEX, INC., <br><br>         Plaintiff, <br><br>     v. <br><br> ALLIANCE SEMICONDUCTOR, CORPORATION, ET AL., <br><br>         Defendants. <br> _____/ | No. C 06-6491 CW <br><br> ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| AUTOTIME CORP., on behalf of itself and all others similarly situated <br><br>         Plaintiff, <br><br>     v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC., <br><br>         Defendants. <br> _____/ | No. C 06-7851 RS |

The Court has before it Plaintiff Autotime Corporation's motion to consider whether its case should be related to <u>Dataplex, Inc. v. Alliance Semiconductor Corp.</u>, et al., No. 06-6491, presently before this court, and several other cases in which the

1  parties have filed a joint administrative motion to consider
2  whether the cases should be related.  As noted in its order denying
3  without prejudice the earlier administrative motion, the Court has
4  also received a notice from the Judicial Panel on Multidistrict
5  Litigation that a motion to transfer has been filed pursuant to
6  28 U.S.C. § 1407 (MDL No. 1819, <u>In re Static Random Access Memory</u>
7  <u>(SRAM) Antitrust Litigation</u>).  Because resolution of the motion to
8  transfer may moot the motion before this Court, the Court DENIES
9  the motion to consider relating without prejudice to renewal
10 following the resolution of the proceedings before the Judicial
11 Panel on Multidistrict Litigation.

13      IT IS SO ORDERED.
14           1/18/07
15 Dated: _____    _____
                                          CLAUDIA WILKEN
16                                        United States District Judge

2