UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

FEB 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 06-06491 CW          Dataplex, Inc. V. Alliance Semiconductor Corporation et al

✗ C 06-06541 SI         Madsen v. Samsung Electronics Co., Ltd. Et al
    I find that the above case is related to the case assigned to me. _____

C 06-06542 SBA         Maites et al v. Samsung Electronics Co., Ltd. Et al
    I find that the above case is related to the case assigned to me. _____

✗ C 06-06652 JL         Westell Technologies Inc. V. Alliance Semiconductor Corporation et al
    I find that the above case is related to the case assigned to me. _____

✗ C 06-06663 MEJ        Takeda v. Alliance Semiconductor Corporation et al
    I find that the above case is related to the case assigned to me. _____

✗ C 06-06668 MJJ        Juskiewicz v. Samsung Electronics Co. Ltd. Et al
    I find that the above case is related to the case assigned to me. _____

✗ C 06-06698 JSW        Chip-Tech, Ltd. V. Cypress Semiconductor Corporation et al
    I find that the above case is related to the case assigned to me. _____

✓ **C 06-06770 SBA**     Ayers et al v. Samsung Electronics Co., Ltd. Et al

    I find that the above case is related to the case assigned to me. _____

X **C 06-07006 SI**     Thompson et al v. Alliance Semiconductor Corporation et al

    I find that the above case is related to the case assigned to me. _____

✓ **C 06-07007 CW**     Stargate Films Inc. V. Alliance Semiconductor Corporation et al

    I find that the above case is related to the case assigned to me. _____

X **C 06-07194 MEJ**     Katz v. Samsung Electonics Co Ltd et al

    I find that the above case is related to the case assigned to me. _____

X **C 06-07428 MMC**     Markey v. Alliance Semiconductor Corporation et al

    I find that the above case is related to the case assigned to me. _____

X **C 06-07637 JSW**     Telular Corporation v. Alliance Semiconductor Corporation et al

    I find that the above case is related to the case assigned to me. _____

X **C 06-07731 HRL**     Reedy v. Cypress Semiconductor Corporation et al

    I find that the above case is related to the case assigned to me. _____

X **C 06-07851 RS**     Autotime Corporation v. Samsung Electronics Company, Ltd. Et al

    I find that the above case is related to the case assigned to me. _____

X **C 07-00950 MMC**     Hochstein v. Samsung Electronics Co., Ltd. Et al

    I find that the above case is related to the case assigned to me. _____

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("**CW**") immediately after the case number. All case management conferences in all of the above cases are hereby vacated. **A case management conference in all of the above cases will be held on June 1, 2007, at 1:30 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.** The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court.

Dated: **FEB 2 7 2007**

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____   **By:** _____
**Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)